UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN J. | : |
| | : |
| v. | : |
| | : NO. 24-CV-6465 SWR |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security | : |
| | : |

**O R D E R**

AND NOW, this 9th day of July, 2025, it is hereby ORDERED that Petitioner's Request for Review is GRANTED IN PART and the matter remanded to the agency to (a) determine an RFC with an appropriate limitation in walking and/or standing, after taking written submissions from both parties on the subject; (b) consider the relevance of Grid Rule 201.14, in the event that Shawn J. is found limited to work at the sedentary level; (c) obtain additional vocational evidence, if necessary, to determine the effect of the limitation in walking and/or standing on Shawn J.'s occupational base; and (d) reach a new decision taking into account the new information obtained.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE